MARK GOLDROSEN, CBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, California 94103
TEL: (415) 565-9600
FAX: (415) 565-9601
markgoldro@aol.com

Attorney for Defendant
JACOB HOROWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-cr-0308-03-RS (LJC) |
| Plaintiff, | |
| vs. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| JACOB HOROWITZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the conditions of JACOB HOROWITZ's pretrial release are modified as follows: Mr. Horowitz will be permitted to leave the halfway house, between the hours of 5:00 a.m. and 10:00 p.m., to seek employment and to work at a job, subject to approval in advance by Pretrial Services. All other conditions of pretrial release will remain in effect.

DATED: November 17, 2025

HON. LISA J. CISNEROS
United States Magistrate Judge